UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN C. WEST,	Case No. 4:03-CV-47

    Plaintiff,	Hon. Richard Alan Enslen

v.

COMMISSIONER OF
SOCIAL SECURITY,

**JUDGMENT**

    Defendant.
_____/

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Plaintiff Steven C. West's Objections to the Report and Recommendation (Dkt. No. 18) are **DENIED** and the and the Report and Recommendation (Dkt. No. 17) is **APOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision denying Disability Insurance Benefits is **AFFIRMED**.

DATED in Kalamazoo, MI:	/s/ Richard Alan Enslen
January 26, 2007	RICHARD ALAN ENSLEN
	SENIOR UNITED STATES DISTRICT JUDGE